UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11359-RWZ

NEKITA P. LAMOUR

v.

CAMBRIDGE PUBLIC SCHOOLS

ORDER

August 25, 2011

ZOBEL, D.J.

   Plaintiff, pro se, Nekita Lamour sues "Cambridge Public Schools" because, she says, her tenure as a schoolteacher was terminated and she was fired. She asks this court "to intervene so she can get justice, solve this matter and peacefully continue her dedicated service as an educator and life long educator." Compl. ¶ 8, Docket # 1. Federal courts are courts of limited jurisdiction and one of those limitations is the requirement that the court possess subject matter jurisdiction over the lawsuit. See U.S. Const. Art. III, § 1. The two usual bases for subject matter jurisdiction, and the two most likely to be relevant to a case such as this, are the existence of a federal question, 28 U.S.C. § 1331, or diversity among the parties, id. at § 1332.

   It is the plaintiff's burden to establish the existence of subject matter jurisdiction, see, e.g., Aversa v. U.S., 99 F.3d 1200, 1209 (1st Cir. 1996), and the complaint must contain "a short and plain statement of the grounds for the court's jurisdiction," Fed. R. Civ. P. 8(a)(1). The complaint in this case does not contain such a statement. Further,

it appears from the complaint that both plaintiff and defendant are citizens of Massachusetts and there are no federal claims. Accordingly, this court lacks jurisdiction over plaintiff's lawsuit.

Defendant's motion to dismiss (Docket # 5) is ALLOWED. Judgment may be entered dismissing the complaint.

    August 25, 2011                         /s/Rya W. Zobel
        DATE                                RYA W. ZOBEL
                                              UNITED STATES DISTRICT JUDGE